# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTON JAY SPOTTED EAGLE,<br><br>Defendant. | Case No. CR-21-87-GF-BMM<br><br><br>ORDER |

Defendant **Preston Jay Spotted Eagle,** having filed a Request for Leave to File Additional Sentencing Letters and there being no objection from the Government; IT IS HEREBY ORDERED that Mr. Spotted Eagle will be allowed to file Letters in Aid of Sentencing in excess of ten (10) letters.

DATED this 20th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court